UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-00175-F

| | |
|---|---|
| ELIZABETH J. SANDERSON,<br>      Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC.; DEPUY, INC.;<br>DEPUY INTERNATIONAL LIMITED;<br>JOHNSON & JOHNSON; JOHNSON & JOHNSON<br>SERVICES, INC.; and JOHNSON & JOHNSON<br>INTERNATIONAL,<br>      Defendants. | <u>ORDER</u> |

The Clerk of Court is DIRECTED to re-assign this case to a different district court judge.

SO ORDERED.

This, the 4th day of April, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge